# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: LUIS C. CHAVIRA  §  Case No. 14-83704
      LAURA J. CHAVIRA  §
                                  §
         Debtor(s)  §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 12/15/2014.

2) The plan was confirmed on 04/17/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 08/21/2015.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was dismissed on 07/22/2016.

6) Number of months from filing or conversion to last payment: 18.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $9,425.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

<u>Receipts:</u>
　　Total paid by or on behalf of the debtor(s)　　$ 9,614.81
　　Less amount refunded to debtor(s)　　$ 277.76
**NET RECEIPTS**　　$ 9,337.05

<u>Expenses of Administration:</u>

　　Attorney's Fees Paid Through the Plan　　$ 4,000.00
　　Court Costs　　$ 0.00
　　Trustee Expenses & Compensation　　$ 664.24
　　Other　　$ 0.00

**TOTAL EXPENSES OF ADMINISTRATION**　　$ 4,664.24

Attorney fees paid and disclosed by debtor(s):　　$ 0.00

<u>Scheduled Creditors:</u>

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SPRINGER LAW FIRM | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 |
| AMERICA'S SERVICING COMPANY | Sec | 11,733.63 | 11,733.63 | 11,733.63 | 604.08 | 0.00 |
| OCWEN LOAN SERVICING LLC | Sec | 314.64 | 314.64 | 314.64 | 16.20 | 0.00 |
| AFNI INC | Uns | 796.91 | NA | NA | 0.00 | 0.00 |
| AMBIT ENERGY | Uns | 53.60 | NA | NA | 0.00 | 0.00 |
| AMERITOX | Uns | 99.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY II LLC % AT&T | Uns | 3,822.01 | 3,822.01 | 3,822.01 | 0.00 | 0.00 |
| CERASTES, LLC | Uns | 1,730.00 | 1,730.00 | 1,730.00 | 0.00 | 0.00 |
| C1 PROF TMG | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAP ONE | Uns | 64.00 | NA | NA | 0.00 | 0.00 |
| CAP ONE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAP ONE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP | Uns | 4,218.00 | 4,260.74 | 4,260.74 | 0.00 | 0.00 |
| CAPITAL 1 BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CARD SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHASE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Uns | 1,577.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK / THE HOME DEPOT | Uns | 844.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ROCKFORD | Uns | 170.80 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 676.50 | NA | NA | 0.00 | 0.00 |
| COMENITY - AMERICAN / ROOM | Uns | 1,573.80 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 1,344.00 | 1,611.74 | 1,611.74 | 0.00 | 0.00 |
| CONCENTRA - OCC HEALTH CTR OF | Uns | 182.84 | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU CENTER | Uns | 310.00 | NA | NA | 0.00 | 0.00 |
| CREDIT CONTROL LLC / CREDIT | Uns | 852.45 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST NA | Uns | 2,641.00 | 2,641.31 | 2,641.31 | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 2,043.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 847.00 | 847.92 | 847.92 | 0.00 | 0.00 |
| DENVER HEALTH & HOSP | Uns | 1,529.39 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 796.91 | 796.91 | 796.91 | 0.00 | 0.00 |
| DISCOVER FIN SVCS LLC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANT | Uns | 3,822.00 | NA | NA | 0.00 | 0.00 |
| DVRA BILLING | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FAMSA INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 848.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 2,352.00 | 1,577.94 | 1,577.94 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 2,496.00 | 2,496.19 | 2,496.19 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 479.00 | 479.77 | 479.77 | 0.00 | 0.00 |
| GECRB / SHOPNBC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 306.00 | 306.89 | 306.89 | 0.00 | 0.00 |
| HARRIS NA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HARRIS NA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWESTERN BELL TELEPHONE | Uns | 112.00 | 112.12 | 112.12 | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 484.41 | 574.89 | 574.89 | 0.00 | 0.00 |
| MASON | Uns | 266.00 | 309.89 | 309.89 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 1,574.00 | 1,250.00 | 1,250.00 | 0.00 | 0.00 |
| METRO MEDICAL SERVICES | Uns | 640.00 | NA | NA | 0.00 | 0.00 |
| MONARCH RECOVERY | Uns | 844.64 | NA | NA | 0.00 | 0.00 |
| MONTGOMERY WARD | Uns | 1,420.00 | 1,420.59 | 1,420.59 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| NORTHSTAR LOCATION SERVICES / | Uns | 1,730.00 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 6,568.00 | 2,603.20 | 2,603.20 | 0.00 | 0.00 |
| PNC MORTGAGE SERVICING | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PROF BUREAU OF COLLECTIONS | Uns | 479.77 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE FINAN SERV / KOHLS | Uns | 574.89 | NA | NA | 0.00 | 0.00 |
| RENT - A - CENTER | Uns | 3,252.00 | NA | NA | 0.00 | 0.00 |
| ROCK RIVER WATER | Uns | 99.13 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 112.00 | 1,186.00 | 1,186.00 | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY | Uns | 456.00 | NA | NA | 0.00 | 0.00 |
| SEARS / CBNA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SEARS / CBNA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SECURITY BANKCARD CTR | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Uns | 2,461.19 | NA | NA | 0.00 | 0.00 |
| TIRE PLUS | Uns | 2,366.29 | NA | NA | 0.00 | 0.00 |
| TNB - TARGET | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIV OF COLORADO HOSPITAL / | Uns | 6,138.39 | NA | NA | 0.00 | 0.00 |
| UNIV PHYSICIANS INC | Uns | 479.40 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 1,400.00 | NA | NA | 0.00 | 0.00 |
| WASH MUTUAL / PROVIDIAN / | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CERASTES, LLC | Uns | 962.00 | 962.77 | 962.77 | 0.00 | 0.00 |
| WEBBANK/FINGERHUT | Uns | 296.00 | 309.09 | 309.09 | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL | Uns | 6,418.70 | 6,418.70 | 6,418.70 | 0.00 | 0.00 |
| WELLS FARGO / CARPETLAND | Uns | 6,270.55 | NA | NA | 0.00 | 0.00 |
| WFFNB DUAL L | Uns | 6,418.00 | NA | NA | 0.00 | 0.00 |
| JACK MITCHELL MOTORS INC | Sec | 3,911.00 | 3,911.00 | 3,911.00 | 3,911.00 | 141.53 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 12,048.27 | $ 620.28 | $ 0.00 |
| Debt Secured by Vehicle | $ 3,911.00 | $ 3,911.00 | $ 141.53 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 15,959.27 | $ 4,531.28 | $ 141.53 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 35,718.67 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,664.24 |
| Disbursements to Creditors | $ 4,672.81 |
| **TOTAL DISBURSEMENTS:** | $ 9,337.05 |

      12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  11/28/2016           By:  /s/ Lydia S. Meyer
                                 Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)